# United States Court of Appeals
## For the First Circuit

No. 12-1565

UNITED STATES OF AMERICA,

Appellee,

v.

JEFFREY BAIRD,

Defendant, Appellant.

ERRATA

The opinion of this Court, issued on April 5, 2013, should be amended as follows.

On page 12, 1st paragraph, line 5, replace "<u>Gray</u>, 289 F.3d at 133" with "<u>Gray</u> v. <u>Genlyte Group, Inc.</u>, 289 F.3d 128, 133 (1st Cir. 2002)".